IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERTO PEREZ | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv293 |
| BALDER O. POLK | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Roberto Perez, proceeding *pro se*, filed the above-styled lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this lawsuit be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. A final judgment shall be entered dismissing this case.

**SIGNED** this the 9 day of **June, 2022.**

_____
Thad Heartfield
United States District Judge